IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 01-133ML |
| | : | |
| GIDRANO VASQUEZ | : | |

MOTION FOR AN EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court for an extension of time to respond to the defendant's motion for a reduction of sentence made pursuant to 18 U.S.C. § 3582(c)(1)(B)(2).

Vasquez was sentenced on June 28, 2002 to 121 months imprisonment and five years supervised release. His projected release date by the Bureau of Prisons is October 10, 2010.

Vasquez's motion is grounded upon a 2007 amendment to the United States Sentencing Guidelines which reduced by two levels the offense levels found in U.S.S.G. § 2D1.1 for crack cocaine. The amendment were also made retroactive pursuant to U.S.S.G. § 1B1.10. The authority to implement such a reduction is not effective until March 3, 2008. The government expects to receive many such motions from various defendants and is in the process of crafting a uniform approach and response. As Vasquez is serving a sentence of 121 months and the retroactivity of the amendment is not effective until March 3, Vasquez will not be prejudiced by a brief delay.

WHEREFORE, the government requests that this Court extend the time by which a response must be filed by thirty (30) days.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden

Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)

**CERTIFICATION**

I hereby certify that on the 11th day of February 2008, I served by ordinary, pre-paid postage, mail the Within Motion For An Extension Of Time, to:

Gidrano Vasquez
Reg. No. 05103-070
Moshonnon Valley Correctional Center
555 I Cornell Drive
Philipsburg, PA 16866

/s/ Kenneth P. Madden